# United States District Court
# For The Western District of North Carolina
# Statesville Division

LISA L. JOLLY,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                           CASE NO. 5:10CV126

MICHAEL J. ASTRUE,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2012, Order.

                                            Signed: April 20, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court