# United States District Court
# For The Western District of North Carolina
# Statesville Division

LISA L. JOLLY,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:10CV126

MICHAEL J. ASTRUE,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 20, 2012, Order.

                                          Signed: April 20, 2012

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court